UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **DAMIEN RASHAD MONCRIEF #798155** | **CASE NO. 1:25-CV-01700 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CATAHOULA CORRECTIONAL CENTER ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**JUDGMENT**

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 8], and having thoroughly reviewed the record, noting the absence of objections, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that the Complaint [Doc. No. 1] is **DENIED** and **DISMISSED WITH PREJUDICE** under §§ 1915(e)(2)(b) and 1915A.

MONROE, LOUISIANA, this 17th day of February 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE